UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NATHAN BRUMELY** : | |
| : | Civil Action No. 08-1798 (JLL) |
| **Plaintiff(s),** : | **ORDER** |
| v. : | |
| **CAMIN CARGO CONTROL, INC.,** : | |
| **Defendant(s).** : | |

      **THIS MATTER** having come before the Court by way of Plaintiff Nathan Brumley's motion to certify this matter as a FLSA representative action; and

      **WHEREAS,** the Court's Order dated May 15, 2008 (Docket Entry No. 9) specifically stated that no motions shall be filed without leave of the Court; and

      **WHEREAS**, Plaintiff did not obtain leave of the Court prior to filing the aforementioned motion; and for good cause shown

      **IT IS**, this 3rd day of June, 2008

      **ORDERED** that Plaintiff's motion to certify this matter as a FLSA representative action (Docket Entry No. 11) is hereby administratively terminated.

      *s/ Claire C. Cecchi*
      **HON. CLAIRE C. CECCHI**
      **United States Magistrate Judge**