UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

__NEWARK__

**Judge:** LINARES / CECCHI

06/17/08
Date of Proceedings

**CD Number:** 08-13

**Deputy Clerk:** Nitza Creegan

**Title of Case:**

Docket #Civ. 08-1798 (JLL)

NATHAN BRUMLEY
    v.
CAMIN CARGO CONTROL, INC.

**Appearances:**

Michael Korik, Esq. and Michael JD Sweeney, Esq. for Plaintiff
Todd Krakower, Esq. and Devora Lindeman, Esq. for Defendant

**Nature of Proceedings:**

Settlement Conference re: production of documents held.

**Time Commenced:** 3:00
**Time Adjourned:** 5:00

Nitza Creegan
**Deputy Clerk**

cc: chambers