## MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN ** †
EUGENE G. LAMB ** ‡
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL *** †
MICHAEL KORIK *

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: **(201) 802-9060**
FAX: **(201) 802-9066**
E-Mail: mmlmlawyers@aol.com

**NEW YORK OFFICE:**
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10065

**(212) 541-6980**
FAX: **(212) 541-6994**

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

June 19, 2008

<u>Via ECF</u>
Hon. Claire C. Cecchi
U.S. Magistrate Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**ORDER ON ORAL MOTION**

Re: *Brumley v. Camin Cargo Control, Inc.*, 08 CV 1798 (D. NJ) (JLL)(CCC)

Dear Judge Cecchi:

I write with the consent of opposing counsel in this matter. As Your Honor directed Tuesday, the parties are attempting to resolve the issues regarding production of affidavits from and communications with members of the putative class in this matter. We hope that we will be able to reach a negotiated resolution and are respectfully requesting additional time from the Court in which to do so. A negotiated resolution will avoid the need for the Court to address the production issues. Therefore, we ask the Court to extend the briefing schedule set on Tuesday, June 17, for one week. The new schedule would require Brumley's briefing on Friday, June 27; Camin Cargo's response on Wednesday, July 2; and Brumley's response on Monday, July 7. This is the first time the parties have sought an extension on the briefing schedule.

Very truly yours,

Patrick J. Monaghan, Jr. (PJM6297)

Copy: Todd Krakower *via* ECF

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.

Date: 6/19/08