NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHAN BRUMLEY, individually and on behalf of all similarly situated persons,　　　　　　Plaintiff,<br><br>v.<br><br>CAMIN CARGO CONTROL, INC.,<br><br>　　　　　　Defendant. | Civil Action No.: 08-1798 (JLL)<br><br>**O R D E R** |

**LINARES, District Judge.**

This matter comes before the Court on the cross-motions for summary judgment [CM/ECF #137, 141] filed by Defendant Camin Cargo Control, Inc. ("Camin" or "Defendant") and Plaintiffs. Also before the Court at this time is Plaintiffs' motion to strike [CM/ECF #149]. No oral argument was heard. Fed. R. Civ. P. 78. For the reasons set forth in the accompanying Opinion,

IT IS this ___20th___ day of April, 2010,

**ORDERED** that Defendants' motion for summary judgment [CM/ECF #141] is DENIED; and it is further

**ORDERED** that Plaintiffs' motion for summary judgment [CM/ECF #137] is GRANTED as to Defendant's violation of the FWW but DENIED as to liquidated damages; and it is further

**ORDERED** that Plaintiffs' motion to strike [CM/ECF #149] is denied as moot.

_____
Jose L. Linares
United States District Judge