# GENOVA, BURNS & GIANTOMASI | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊ +■
JAMES M. BURNS ◊
FRANCIS J. GIANTOMASI ◊ +
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊ +
JUDSON M. STEIN ◊
SANDRO POLLEDRI ◊ ○
KATHLEEN BARNETT EINHORN ◊ +
CELIA S. BOSCO ◊ +
BRIAN W. KRONICK ◊
JAMES BUCCI ◊ *+
PATRICK W. MCGOVERN ◊ +
PETER R. YAREM ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊ +

RALPH J. SALERNO ◊
KEITH A. KRAUSS ◊ ^
MICHAEL J. OLIVEIRA ◊ +
HARRY G. KAPRALOS ◊ +
MATTHEW I. KUPFERBERG ◊ + μ
REBECCA MOLL FREED ◊ +
JENNIFER MAZAWEY ◊ +
JOHN R. VREELAND ◊ +
JENNIFER BOREK ◊ +
JOHN W. BARTLETT ◊ ^
JASON L. SOBEL ◊ +
DENA B. CALO ◊ *

COUNSEL

GEORGE L. SCHNEIDER ◊ +
GREGORY E. NAGY ◊
DAVID P. COOKE ◊ +
NICHOLAS R. AMATO ◊

OF COUNSEL

SHIRIN SAKS ◊ +
ANTHONY F. BELOTTA ◊
DINA M. MASTELLONE ◊ +
JOSEPH M. HANNON ◊ +
PETER F. BERK ◊
JORDANA S. ELROM ◊ +
JISHA V. DYMOND ◊ +
LISA A. JOHN ◊
LAUREN W. GERSHUNY ◊ +
NICHOLAS J. REPICI ◊ *
CAROLYN BUCCERONE ◊ *^

MICHAEL L. MOORE ◊
ALEXANDER L. D'JAMOOS ◊ +
KRISTINA E. CHUBENKO ◊ +
RAJIV D. PARIKH ◊ +
GEMMA M. GIANTOMASI ◊ +
AKINYEMI T. AKIWOWO ◊ +
GINA M. SCHNEIDER ◊
HARRIS S. FREIER ◊ +^∞
LISA CHAPLAND ◊ +^
DAVID K. BRODERICK ◊ +
MICHAEL J. JURISTA ◊ +
JONATHAN B. KING ◊ +

ERIC W. RUDEN ◊ +
JOHN SUWATSON ◊ +
ERICA RUSTAD FERREIRA ◊ ~
ROBERT W. FERGUSON, III ◊
LAUREN J. MARCUS ◊

RONALD H. DEMARIA
(1939-2004)

MEMBER OF NEW JERSEY BAR    ◊
MEMBER OF NEW YORK BAR      +
MEMBER OF PENNSYLVANIA BAR  *
MEMBER OF DISTRICT OF COLUMBIA ^
MEMBER OF FLORIDA BAR       ~
MEMBER OF MASSACHUSETTS BAR μ
MEMBER OF CONNECTICUT BAR   ∞
CERTIFIED CIVIL TRIAL ATTORNEY ■

(973) 535-7129 Direct Dial
(973) 533-1112 Direct Fax

**SO ORDERED**

*s/Claire C. Cecchi*
_____
Claire C. Cecchi, U.S.M.J.

Date: September 22, 2010

September 21, 2010

Honorable Claire C. Cecchi, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

> The in-person Final Pretrial Conference scheduled for October 8, 2010 is hereby adjourned. The Court will notify the parties regarding a new date for the conference. By November 10, 2010, the parties shall advise the undersigned in writing as to the status of the settlement of this matter.

Re: **Brumley v. Camin Cargo Control, Inc.**
    **Civil Action No.: 08-cv-1798 (JLL)(CCC)**

Dear Judge Cecchi:

Our firm represents Camin Cargo Control, Inc. ("Camin Cargo") in the above matter.

Counsel for the parties in this case (namely Michael Sweeney and I) have conferred and jointly request that the Court postpone the filing date for the final Pretrial Order (now due on September 30, 2010) to November 3, 2010, and further request that the Court postpone the in-person Final Pretrial Conference (now scheduled for October 8, 2010 at 11am) to November 10, 2010 or another date that is more convenient for the Court.

The reason for this request is that the parties are engaged in discussions to resolve this action that are being facilitated by Judge Linares. The parties respectfully suggest that their time and energy are better spent on the on-going settlement discussions, as opposed to preparing for trial in this matter at this time.

Respectfully submitted

GENOVA, BURNS & GIANTOMASI

*[signature]*
Patrick W. McGovern

PWMcG/rkb

494 BROAD STREET ■ NEWARK, NJ 07102-3230
TELEPHONE 973-533-0777    FACSIMILE 973-533-1112    WEBSITE www.genovaburns.com
NEW YORK, NY ■ CAMDEN, NJ ■ RED BANK, NJ ■ PHILADELPHIA, PA

# GENOVA, BURNS & GIANTOMASI | ATTORNEYS-AT-LAW

Honorable Claire C. Cecchi, U.S.M.J.
September 21, 2010
Page 2

c.  Michael J.D. Sweeney, Esq.
    Matthew Dunn, Esq.
    Jennifer Borek, Esq.

2546\001 brumley litigation\letters faxes\pwmcg ltr judge cecchi 9.21.10.doc