Case 2:10-cv-02461-JLL-CCC   Document 42   Filed 09/27/10   Page 1 of 2 PageID: 466

# GENOVA, BURNS & GIANTOMASI | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊ +*
JAMES M. BURNS ◊
FRANCIS J. GIANTOMASI ◊ +
JOHN C. PETRELLA ◊
JAMES J. McGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊ +
JUDSON M. STEIN ◊
SANDRO POLLEDRI ◊ ○
KATHLEEN BARNETT EINHORN ◊ +
CELIA S. BOSCO ◊ +
BRIAN W. KRONICK ◊
JAMES BUCCI ◊ *+
PATRICK W. McGOVERN ◊ +
PETER R. YAREM ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊ +

RALPH J. SALERNO ◊
KEITH A. KRAUSS ◊ ^
MICHAEL J. OLIVEIRA ◊ +
HARRY G. KAPRALOS ◊ +
MATTHEW I. KUPFERBERG ◊ + μ
REBECCA MOLL FREED ◊ +
JENNIFER MAZAWEY ◊ +
JOHN R. VREELAND ◊ +
JENNIFER BOREK ◊ +
JOHN W. BARTLETT ◊ ^
JASON L. SOBEL ◊ +
DENA B. CALO ◊ *

COUNSEL

GEORGE L. SCHNEIDER ◊ +
GREGORY E. NAGY ◊
DAVID P. COOKE ◊ +
NICHOLAS R. AMATO ◊

OF COUNSEL

SHIRIN SAKS ◊ +
ANTHONY F. BELOTTA ◊
DINA M. MASTELLONE ◊ +
JOSEPH M. HANNON ◊ +
PETER F. BERK ◊
JORDANA S. ELROM ◊ +
JISHA V. DYMOND ◊ +
LISA A. JOHN ◊
LAUREN W. GERSHUNY ◊ +
NICHOLAS J. REPICI ◊ *
CAROLYN BUCCERONE ◊ *^

MICHAEL L. MOORE ◊
ALEXANDER L. D'JAMOOS ◊ +
KRISTINA E. CHUBENKO ◊ +
RAJIV D. PARIKH ◊ +
GEMMA M. GIANTOMASI ◊ +
AKINYEMI T. AKIWOWO ◊ +
GINA M. SCHNEIDER ◊
HARRIS S. FREIER ◊ +^∞
LISA CHAPLAND ◊ +^
DAVID K. BRODERICK ◊ +
MICHAEL J. JURISTA ◊ +
JONATHAN B. KING ◊ +

ERIC W. RUDEN ◊ +
JOHN SUWATSON ◊ +
ERICA RUSTAD FERREIRA ◊ ~
ROBERT W. FERGUSON, III ◊
LAUREN J. MARCUS ◊

RONALD H. DEMARIA
(1939-2004)

MEMBER OF NEW JERSEY BAR   ◊
MEMBER OF NEW YORK BAR    +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA ^
MEMBER OF FLORIDA BAR ~
MEMBER OF MASSACHUSETTS BAR μ
MEMBER OF CONNECTICUT BAR ∞
CERTIFIED CIVIL TRIAL ATTORNEY ○

(973) 535-7129 Direct Dial
(973) 533-1112 Direct Fax

September 27, 2010

*Via E-Filing and Courier*

Honorable Jose Linares, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street, Room 5054
Newark, New Jersey 07102

      Re:    <u>Guevara v. Camin Cargo Control, Inc. *et al.*</u>
            <u>Civil Action No.: 08-cv-1798 (JLL)(CCC)</u>

Dear Judge Linares:

    Our firm represents Camin Cargo Control, Inc. ("Camin Cargo") in the above matter.

    Enclosed please find Defendants' brief and supporting Certifications in opposition to Plaintiff's Motion. The Court's September 20, 2010 Order (entered on September 21, 2010) states (in handwriting) that Defendants' opposition is *due by September 27, 2010* and states (in typeface) that Defendants' opposition papers are to be delivered *no later than September 27, 2010 at 4pm*.

    Because of the short time frame allowed Defendants to respond to Plaintiff's Motion and the difficulties associated with obtaining Certifications from knowledgeable managers located in Texas, Defendants unexpectedly were unable to meet the 4pm deadline but have this evening (September 27) filed their opposition papers electronically on PACER, simultaneously

**GENOVA, BURNS & GIANTOMASI** | ATTORNEYS-AT-LAW

Honorable Jose Linares, U.S.D.J
September 27, 2010
Page 2

emailed their opposition papers to Plaintiff's counsel, and are arranging for a courier to deliver a hard copy of their opposition papers to Plaintiff's counsel on September 29.

Defendants respectfully request an extension of time *nunc pro tunc* to file their opposition papers and request that the Court accept Defendants' opposition papers as timely filed.

Respectfully submitted

GENOVA, BURNS & GIANTOMASI

Patrick W. McGovern

Enclosures
pwmcg
c. Michael J.D. Sweeney, Esq. (w/Enclosures) – Via Courier
Patrick Monaghan, Esq. (w/Enclosures)
Matthew Dunn, Esq. (w/oEnclosures)
Jennifer Borek, Esq. (w/oEnclosures)

SO ORDERED:
DATED: 9/28/10