# GENOVA, BURNS & GIANTOMASI | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊ +*
JAMES M. BURNS ◊
FRANCIS J. GIANTOMASI ◊ +
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊ +
JUDSON M. STEIN ◊
SANDRO POLLEDRI ◊ o
KATHLEEN BARNETT EINHORN ◊ +
CELIA S. BOSCO ◊ +
BRIAN W. KRONICK ◊
JAMES BUCCI ◊ * +
PATRICK W. MCGOVERN ◊ +
PETER R. YAREM ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊ +

RALPH J. SALERNO ◊
KEITH A. KRAUSS ◊ ^
MICHAEL J. OLIVEIRA ◊ +
HARRY G. KAPRALOS ◊ +
MATTHEW I. KUPFERBERG ◊ + μ
REBECCA MOLL FREED ◊ +
JENNIFER MAZAWEY ◊ +
JOHN R. VREELAND ◊ +
JENNIFER BOREK ◊ +
JOHN W. BARTLETT ◊ ^
JASON L. SOBEL ◊ +
DENA B. CALO ◊ *

COUNSEL

GEORGE L. SCHNEIDER ◊ +
GREGORY E. NAGY ◊
DAVID P. COOKE ◊ +
NICHOLAS R. AMATO ◊
HARVEY WEISSBARD ◊

OF COUNSEL

SHIRIN SAKS ◊ +
ANTHONY F. BELOTTA ◊
DINA M. MASTELLONE ◊ +
JOSEPH M. HANNON ◊ +
PETER F. BERK ◊
JORDANA S. ELROM ◊ +
JISHA V. DYMOND ◊ +
LISA A. JOHN ◊
LAUREN W. GERSHUNY ◊ +
NICHOLAS J. REPICI ◊ *
CAROLYN BUCCERONE ◊ * ^

MICHAEL L. MOORE ◊
ALEXANDER L. D'JAMOOS ◊ +
KRISTINA E. CHUBENKO ◊ +
RAJIV D. PARIKH ◊ +
GEMMA M. GIANTOMASI ◊ +
AKINYEMI T. AKIWOWO ◊ +
GINA M. SCHNEIDER ◊
HARRIS S. FREIER ◊ + ^ ∞
LISA CHAPLAND ◊ + ^
DAVID K. BRODERICK ◊ +
MICHAEL J. JURISTA ◊ +
JONATHAN B. KING ◊ +

ERIC W. RUDEN ◊ +
JOHN SUWATSON ◊ +
ERICA RUSTAD FERREIRA ◊ ~
ROBERT W. FERGUSON, III ◊
LAUREN J. MARCUS ◊

RONALD H. DEMARIA
(1939-2004)

MEMBER OF NEW JERSEY BAR   ◊
MEMBER OF NEW YORK BAR   +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA ^
MEMBER OF FLORIDA BAR –
MEMBER OF MASSACHUSETTS BAR μ
MEMBER OF CONNECTICUT BAR ∞
CERTIFIED CIVIL TRIAL ATTORNEY o

*SO* ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.M.J.

Date: November 12, 2010

[Handwritten note: There shall be an in-person Final Pretrial Conference on January 27, 2011 at 12:30 p.m. By January 14, 2011 the parties shall submit a joint proposed Final Pretrial Order to the undersigned.]

(973) 535-7129 Direct Dial
(973) 533-1112 Direct Fax

November 10, 2010

**VIA E-FILING**
Honorable Claire C. Cecchi, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  Brumley v. Camin Cargo Control, Inc.
     Civil Action No.: 08-cv-1798 (JLL)(CCC)

Dear Judge Cecchi:

Our firm represents the Defendant Camin Cargo Control, Inc. in the above matter. This letter is a joint report by counsel for both parties on the outcome of settlement discussions.

Settlement discussions have concluded without a settlement.

By Order dated September 22, 2010, the Court adjourned the Final Pre-Trial Conference previously scheduled for October 8, 2010. Accordingly, the parties jointly suggest that the Court schedule the in-person Final Pre-Trial Conference for January 27, 2011 and order that the Final Pre-Trial Order be submitted by January 14, 2011.

Respectfully submitted,

GENOVA, BURNS & GIANTOMASI

Patrick W. McGovern

PWMcG/rkb
c.  Michael J.D. Sweeney, Esq.; Matthew Dunn, Esq.
    Angelo J. Genova, Esq.; Jennifer Borek, Esq.