## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHAN BRUMLEY, *et al.*, both individually and behalf of all other similarly situated persons,<br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CAMIN CARGO CONTROL, INC., CARLOS CAMIN, and CLAUDIO CAMIN,<br>　　　　　　　　　Defendants. | No. 2:08-cv-1798-JLL-MAH |
| IVO JAMES, *et al.*, both individually and behalf of all other similarly situated persons,<br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CAMIN CARGO CONTROL, INC., CARLOS CAMIN, CLAUDIO CAMIN, and RAUL DAVID,<br>　　　　　　　　　Defendants. | No. 2:09-cv-06128-JLL-MAH |
| SOLOMON GUEVARA, *et al.*, both individually and behalf of all other similarly situated persons,<br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CAMIN CARGO CONTROL, INC., CARLOS CAMIN, CLAUDIO CAMIN, AND RAUL DAVID,<br>　　　　　　　　　Defendants. | No. 2:10-cv-02461-JLL-MAH |

## PLAINTIFFS' UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT AND CONSOLIDATE ACTIONS FOR SETTLEMENT PURPOSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion to Approve FLSA Settlement and Consolidate Actions for Settlement Purposes, and in the accompanying Declarations of Matthew Dunn ("Dunn Decl.") and Michael J.D. Sweeney ("Sweeney Decl.") and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

    (1)    granting approval of the Parties' FLSA settlement;

    (2)    consolidating these three actions; and

    (3)    granting such other relief as the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as Exhibit 1.

Dated: January 31, 2012

Respectfully submitted,

By: _____

Michael J.D. Sweeney
Matthew Dunn
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, New York 12561
Tel: (845) 255-9370

Patrick J. Monaghan, Jr.
Beattie Padovano, LLC
50 Chestnut Ridge Road
Montvale, New Jersey 07645
Tel: (201) 573-1810

Counsel for Plaintiffs