**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHAN BRUMLEY, et al., | Civil Action No.: 08-1798 (JLL) |
| Plaintiff, | |
| v. | **ORDER** |
| CAMIN CARGO CONTROL, INC., et al., | |
| Defendants. | |
| SOLOMON GUEVERA, et al., | Civil Action No.: 10-2461 (JLL) |
| Plaintiff, | |
| v. | |
| CAMIN CARGO CONTROL, INC., et al., | |
| Defendants. | |
| IVO JAMES, et al., | Civil Action No.: 09-6128 (JLL) |
| Plaintiff, | |
| v. | |
| CAMIN CARGO CONTROL, INC., et al., | |
| Defendants. | |

This matter comes before this Court by way of Plaintiffs Nathan Brumley, Solomon Guevera and Ivo James ("Plaintiffs")'s unopposed motions to: (1) approve the Fair Labor Standards Act ("FLSA") collective action settlement; (2) consolidate the actions for settlement purposes [Docket Entry Nos. 227, 228 and 229]; and (3) approve attorneys' fees and reimburse expenses [Docket Entry Nos. 230, 231, 232, and 233]; and for the reasons stated in this Court's

accompanying Opinion,

**IT IS** on this _____ **day of March, 2012,**

**ORDERED** that Plaintiffs' Motion for Approval of the Settlement Agreement is **GRANTED** as to all of the terms of the Agreement except Sections E and H containing the Release of Claims and Confidentiality Provisions; and it is further

**ORDERED** that Plaintiffs' Motion for Approval of the Settlement Agreement is **DENIED** as to Sections E and H of the Agreement; and it is further

**ORDERED** that the Parties may file an amended motion to approve the settlement agreement within fourteen (14) days of the issuance of this Order and accompanying Opinion, which strikes the offending release of claims and confidentiality provisions of the Settlement Agreement; and it is further

**ORDERED** that Plaintiffs' Motion to Consolidate the above-captioned matters for settlement purposes is **GRANTED**; and it is further

**ORDERED** that Civil Action Nos. 08-1798, 09-6128 and 10-2461 be consolidated, with Civil Action No. 08-1798 designated as the "Lead Case," and administratively terminating Civil Action Nos. 09-6128 and 10-2461; and it is further

**ORDERED** that Plaintiffs' Counsel's Motion for Approval of Attorneys' Fees and Reimbursement of Expense is **GRANTED**.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge